

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00256-CV

IN RE STEVE MOSHER D/B/A                                     RELATOR
MOSHER CONSTRUCTION
COMPANY

------------

ORIGINAL PROCEEDING
TRIAL COURT NO. 180,607-C

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus, the response filed by the real parties in interest, relator's reply, and the reporter's record and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

PER CURIAM

PANEL: DAUPHINOT, GABRIEL, and SUDDERTH, JJ.

DELIVERED: September 17, 2015

---

[1]See Tex. R. App. P. 47.4, 52.8(d).